FILED
APR 11 2013
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SEAN S. DESMOND,<br><br>　　　　Defendant. | CASE NO. 12 CR 4189-JAH<br><br>**JUDGMENT AND ORDER DISMISSING CASE WITH PREJUDICE** |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that** the above-entitled case is dismissed with prejudice.

**SO ORDERED.**

Dated: 4/11/13

_[signature]_

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

- CASE NO. 12 CR 4189-JAH